AO 440 (Rev. 8/01) Summons in a Civil Act.

# United States District Court

*Northern*
~~Central~~ District of California

SMITH BARNEY, a division of
CITIGROUP GLOBAL MARKETS INC.

**SUMMONS IN A CIVIL CASE**

V.

JON GOLDSTEIN; MICHAEL TEXICO;
and DAVID ARIZINI

CASE NUMBER:

CV 08    1330

JSW

**TO:** (Name and address of Defendant)

Jon Goldstein
Work: Constellation Wealth Advisors
3000 Sand Hill Road, Building 2-Suite 160
Menlo Park, CA 94025

Home:  872 Culebra Road; Hillsborough, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gabriel S. Rosenthal (Cal. SBN 248172)
Eric D. Lansverk (Wash. SBN17218)
(Pro Hac Vice Application Pending)
HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building
1221 Second Avenue
Seattle, Washington 98101-2925

James W. Morando (Cal. SBN 087896)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK

MAR   7 2008

DATE

MARY ANN BUCKLEY

AO-440

AO 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                            _____
                                            *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

~~Central~~ Northern District of California

SMITH BARNEY, a division of
CITIGROUP GLOBAL MARKETS INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

JON GOLDSTEIN; MICHAEL TEXICO; and
DAVID ARIZINI

CV 08 1330 JSW

**TO:** (Name and address of Defendant)
Michael Texido
Work: Constellation Wealth Advisors
3000 Sand Hill Road, Building 2-Suite 160
Menlo Park, CA 94025

Home:  56 Patricia Drive; Atheron, CA 94027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gabriel S. Rosenthal (Cal. SBN 248172)         James W. Morando (Cal. SBN 087896)
Eric D. Lansverk (Wash. SBN17218)              Farella Braun + Martel LLP
(Pro Hac Vice Application Pending)             235 Montgomery Street, 17th Floor
HILLIS CLARK MARTIN & PETERSON, P.S.           San Francisco, CA 94104
500 Galland Building
1221 Second Avenue
Seattle, Washington 98101-2925

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                             MAR  7 2008
CLERK                                          DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

AO-440

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | **RETURN OF SERVICE** |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## ~~Central~~ Northern District of California

SMITH BARNEY, a division of
CITIGROUP GLOBAL MARKETS INC.

V.

JON GOLDSTEIN; MICHAEL TEXICO;
and DAVID ARIZINI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1330 JSW

**TO:** (Name and address of Defendant)

David Arizini
Work: Constellation Wealth Advisors
3000 Sand Hill Road, Building 2-Suite 160
Menlo Park, CA 94025

Home: 7 Lomitas Court; Menlo Park, CA 94025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gabriel S. Rosenthal (Cal. SBN 248172)
Eric D. Lansverk (Wash. SBN17218)
(Pro Hac Vice Application Pending)
HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building
1221 Second Avenue
Seattle, Washington 98101-2925

James N. Morando (Cal. SBN 087896)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within <u>twenty (20)</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(By) DEPUTY CLERK

DATE



## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                    Signature of Server

                                    Address of Server