IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SMITH BARNEY,

    Plaintiff,

v.

JON GOLDSTEIN, et al.,

    Defendants.
_____/

No. C 08-01330 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

On March 7, 2008, plaintiff Smith Barney, a division of Citigroup Global Markets Inc. ("Plaintiff") filed an *ex parte* application for a temporary restraining order against defendants Jon Goldstein, Michael Texido, and David Arizini (collectively, "Defendants"). The Court HEREBY ORDERS that Defendants shall file an opposition to Plaintiff's application by no later than 10:00 a.m on March 11, 2008. Defendants shall deliver directly to chambers a copy of its opposition papers by no later than 10:30 a.m. on March 11, 2008. The Court will conduct a hearing on Plaintiff's application at 2:00 p.m. on March 12, 2008. The Court FURTHER ORDERS that Plaintiff shall serve on Defendants a copy of the complaint in the above captioned matter, the *ex parte* application and supporting papers, and a copy of this order by no later than 5:00 p.m. today, March 7, 2008. Given the expedited nature of this matter and

///

///

///

the time frame in which to provide service, the Court will allow service of these papers by facsimile or email.

**IT IS SO ORDERED.**

Dated: March 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE