1  Eric D. Lansverk, WSBA #17218
   HILLIS CLARK MARTIN & PETERSON, P.S.
2  500 Galland Building
   1221 Second Avenue
3  Seattle, Washington 98101-2925
4  Telephone:    (206) 623-1745
   Facsimile:    (206) 623-7789
5  E-mail: edl@hcmp.com

6
   James W. Morando (State Bar No. 087896)
7  Patrick R. McKinney (State Bar No. 215228)
   Farella Braun & Martel LLP
8  Russ Building, 30th Floor
9  235 Montgomery Street
   San Francisco, CA  94104
10 Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
11 E-mail: jmorando@fbm.com
12
   Attorneys for Plaintiff, SMITH BARNEY,
13 a division of CITIGROUP GLOBAL MARKETS INC.

14
15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16
17 SMITH BARNEY, a division of
   CITIGROUP GLOBAL MARKETS INC.   CASE NO.
18
19        Plaintiff,                            (Proposed)
                                      ORDER GRANTING APPLICATION
20        vs.                         FOR ADMISSION OF ATTORNEY
                                      *PRO HAC VICE*
21
   JON GOLDSTEIN; MICHAEL TEXIDO;
22 and DAVID ARIZINI,
23
          Defendants.
24

25     Eric D. Lansverk, an active member in good standing of the bar of the State of
26
   Washington, whose business address and telephone number is:
27
28

*(Proposed) Order Granting Application for Admission of Attorney Pro Hac Vice – Page 1 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

|   |   |
|---|---|
| 1 | HILLIS CLARK MARTIN & PETERSON, P.S. |
| 2 | 500 Galland Building |
|   | 1221 Second Avenue |
| 3 | Seattle, Washington 98101-2925 |
|   | Telephone:   (206) 623-1745 |
| 4 | Facsimile:   (206) 623-7789 |
|   | E-Mail:         edl@hcmp.com |

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Smith Barney, a division of Citigroup Global Markets Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communications with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __MAR 1 0 2008__, 2008.

_____
United States ~~Magistrate~~ Judge

ND: 12991.99824 4834-5011-8146v2 3/5/2008

*(Proposed) Order Granting Application for Admission of Attorney* Pro Hac Vice – *Page 2 of 2*

HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789