```
 1  Gabriel S. Rosenthal (California State Bar No. 248172)
    Eric D. Lansverk (Washington State Bar No. 17218) (admitted pro hac vice)
 2  HILLIS CLARK MARTIN & PETERSON, P.S.
    500 Galland Building
 3  1221 Second Avenue
    Seattle, Washington 98101-2925
 4  Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
 5  E-mail:  gsr@hcmp.com
    E-mail:  edl@hcmp.com
 6
    James W. Morando (State Bar No. 087896)
 7  Patrick R. McKinney (State Bar No. 215228)
    FARELLA BRAUN + MARTEL LLP
 8  Russ Building, 30th Floor
    235 Montgomery Street
 9  San Francisco, California 94104
    Telephone:  (415) 954-4400
10  Facsimile:  (415) 954-4480
    E-mail:  jmorando@fbm.com
11  E-mail:  pmckinney@fbm.com

12  Attorneys for Plaintiff
    SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS INC.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiff, <br><br> vs. <br><br> JON GOLDSTEIN; MICHAEL TEXIDO; and DAVID ARIZINI, <br><br> Defendants. | Case No. 3:08-cv-01330-JSW <br><br> **CERTIFICATE OF SERVICE** |

I, JEFFREY L. AMANTE, declare as follows:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Russ Building, 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On March 10, 2008, I served a copy of the within document(s):

CERTIFICATE OF SERVICE
CASE NO. 3:08-CV-01330-JSW                    -1-                    10628\1475931.2

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDERS OF JUDGE WHITE AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**STANDING ORDER FOR CIVIL PRACTICE - DEPOSITION GUIDELINES**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [FORM]**

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY (ERIC D. LANSVERK PRO HAC VICE)**

☒   by causing Specialized Legal Services, Inc. to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

Gilda R. Turitz
Sideman & Bancroft LLP
One Embarcadero Center, Eight Floor
San Francisco, CA 94111
Tel:  (415) 392-1960
Fax:  (415)392-0827
E-mail:  gturitz@sideman.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 10, 2008, at San Francisco, California.

/s/
JEFFREY L. AMANTE

CERTIFICATE OF SERVICE
CASE NO. 3:08-CV-01330-JSW                -2-                                10628\1475931.2