JAMES W. MORANDO (SBN 87896)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS, INC.

Defendant : JON GOLDSTEIN; MICHAEL TEXIDO; and DAVID ARIZINI

Ref#: 232116        *   **PROOF OF SERVICE**   *   Case No.: CV08-1330 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND OTHER RELIEF; SMITH BARNEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER; MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER; DECLARATION OF GUY DIETRICH; DECLARATION OF CHARLIE A. RAMOS; APPENDIX OF NON-CALIFORNIA AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : DAVID ARIZINI

    By serving      : David Arizini, Personally

    Address         : Constellation Wealth Advisors
                      3000 Sand Hill Road, Building 2, Suite 160
                      Menlo Park, CA 94025

    Date of Service: March 7, 2008

    Time of Service: 4:28 PM

Person who served papers:
ERNEST B. FOXMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 786
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 10, 2008                    Signature_____