1  Gabriel S. Rosenthal (California State Bar No. 248172)
2  Eric D. Lansverk (Washington State Bar No. 17218)
       (Appearance Pro Hac Vice)
3  HILLIS CLARK MARTIN & PETERSON, P.S.
4  500 Galland Building
   1221 Second Avenue
5  Seattle, Washington 98101-2925
   Telephone:  (206) 623-1745
6  Facsimile:  (206) 623-7789
7  E-mail:     gsr@hcmp.com
   E-mail:     edl@hcmp.com
8
9  James W. Morando (State Bar No. 087896)
   Patrick R. McKinney (State Bar No. 215228)
10 FARELLA BRAUN + MARTEL LLP
   Russ Building, 30th Floor
11 235 Montgomery Street
12 San Francisco, California 94104
   Telephone:  (415) 954-4400
13 Facsimile:  (415) 954-4480
14 E-mail:     jmorando@fbm.com
   E-mail:     pmckinney@fbm.com
15
16 Attorneys for Plaintiff
   Smith Barney, a division of
17 Citigroup Global Markets Inc.

18                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
19

20 | SMITH BARNEY, a division of
   | CITIGROUP GLOBAL MARKETS INC.,       | CASE NO. C 08-01330 JSW
21 |
22 |                    Plaintiff,        | PLAINTIFF'S NOTICE OF
   |                                      | VOLUNTARY DISMISSAL
23 |         vs.
24 |
   | JON GOLDSTEIN; MICHAEL TEXIDO;
25 | and DAVID ARIZINI,
26 |
   |                    Defendants.
27

28

*Notice of Voluntary Dismissal*
*(C 08-01330 JSW) – Page  1 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Plaintiff, Smith Barney, a division of Citigroup Global Markets Inc., voluntarily dismisses this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1). To date, Defendants Jon Goldstein, Michael Texido, and David Arizini have not filed either an answer to the complaint or a motion for summary judgment and, therefore, Plaintiff is entitled to voluntarily dismiss this action.

DATED this 11th day of March, 2008.

HILLIS CLARK MARTIN & PETERSON, P.S.


By: _____/s/ Eric D. Lansverk_____
    Eric D. Lansverk (Washington State Bar No. 17218)
       (Appearance Pro Hac Vice)
    Gabriel S. Rosenthal (State Bar No. 248172)

OF COUNSEL:

James W. Morando (State Bar No. 087896)
Patrick R. McKinney (State Bar No. 215228)
FARELLA BRAUN + MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480
*E-mail:*    jmorando@fbm.com
*E-mail:*    pmckinney@fbm.com

Attorneys for Plaintiff
Smith Barney, a division of
Citigroup Global Markets Inc.

*Notice of Voluntary Dismissal*
*(C 08-01330 JSW) – Page  2 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789