Gabriel S. Rosenthal (California State Bar No. 248172)
Eric D. Lansverk (Washington State Bar No. 17218)
    (*Pro Hac Vice Application Pending*)
HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building
1221 Second Avenue
Seattle, Washington 98101-2925
Telephone:  (206) 623-1745
Facsimile:   (206) 623-7789
*E-mail:*        *gsr@hcmp.com*
*E-mail:*        *edl@hcmp.com*

James W. Morando (State Bar No. 087896)
Patrick R. McKinney (State Bar No. 215228)
FARELLA BRAUN + MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480
*E-mail:*        *jmorando@fbm.com*
*E-mail:*        *pmckinney@fbm.com*

Attorneys for Plaintiff
Smith Barney, a division of
Citigroup Global Markets Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH BARNEY, a division of CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiff, <br><br> vs. <br><br> JON GOLDSTEIN; MICHAEL TEXIDO; and DAVID ARIZINI, <br><br> Defendants. | CASE NO. <br><br> PROOF OF SERVICE |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Smith Barney v. Goldstein, et al.
Proof of Service

07345\1469626.1

## PROOF OF SERVICE

I, Brent Heuss, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. On March 11, 2008, I served a copy of the within document(s):

1. PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

[X] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Feeral Express agent for delivery.

[ ] by arranging for Specialized Legal Services to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

Gilda R. Turitz, Esq.
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco CA 94111
Phone: (415) 733-3920
Fax: (415) 392-0827

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2008, at San Francisco, California.

*/s/ Brent*
Brent Heuss

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Smith Barney v. Goldstein, et al.
Proof of Service
- 2 -
07345\1469626.1